| | | |
|---|---|---|
| Label Matrix for local noticing<br>0100-2<br>Case 15-20029<br>Maine<br>Portland<br>Thu Jan 29 18:59:02 EST 2015 | DJM Enterprises, LLC<br>72 High Street<br>Sanford, ME 04073-2730 | 537 Congress Street<br>Portland, ME 04101-3318 |
| Bangor Savings Bank<br>P.O. Box 930<br>Bangor, ME 04402-0930 | Benjamin Campo<br>Drummond and Drummond<br>One Monument Way<br>Portland, ME 04101-4084 | Biddeford Water District<br>93 Industrial Parkway<br>Biddeford, ME 04005 |
| Brent York<br>Phillips, Olore, Dunlavey and York<br>480 Main St.<br>PO Box 1087<br>Presque Isle, ME 04769-1087 | Carrington Mortgage Services<br>P.O. Box 79001<br>Phoenix, AZ 85062-9001 | City of Biddeford, Maine<br>P.O. Box 16004<br>Biddeford, ME 04005 |
| City of Sanford, Maine<br>919 Main Street<br>Sanford, ME 04073-3587 | Deborah J. MIles<br>72 High St.<br>Sanford, ME 04073-2730 | GMAC Mortgage<br>Attn: Customer Service<br>P.O. Box 4622<br>Waterloo, IA 50704-4622 |
| Jeffrey Hardiman<br>160 Farmington Ave.<br>Farmington, CT 06032-1728 | Leonard Morley<br>Shapiro and Morley, LLP<br>75 Market St., Ste 505<br>Portland, ME 04101-5041 | Litton Loan Servicing LP<br>P.O. Box 4387<br>Houston, TX 77210-4387 |
| Monarch Enterprises<br>137 Lafayette Street<br>Hampton Falls, NH 03844-2305 | Ocwen Loan Servicing/HSBC<br>P.O. Box 6440<br>Carol Stream IL 60197-6440 | Office of U.S. Trustee<br>537 Congress Street, Suite 300<br>Portland, ME 04101-3490 |
| Sanford Sewerage District<br>P.O. Box 338<br>Springvale, ME 04083-0338 | Town of Waterboro, Maine<br>24 Townhouse Road<br>East Waterboro, ME 04030-5707 | Victor Shapiro<br>Schechtman, Halperin and Savage<br>1080 Main St.<br>Pawtucket, RI 02860-4847 |
| Jeffrey P. White Esq.<br>Jeffrey P. White and Associates, P.C.<br>243 Mount Auburn Ave.<br>Suite B-1<br>Auburn, ME 04210-8522 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Bangor Savings Bank<br>P.O. Box 930<br>Bangor, ME 04402-0930 | (d)Deborah J. Miles<br>72 High St.<br>Sanford, ME 04073-2730 | (u)See attached Exhibit G |

End of Label Matrix
Mailable recipients    21
Bypassed recipients     3
Total                  24