# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRIC OF MAINE

| | |
|---|---|
| In re: ) | |
| ) | |
| DJM ENTERPRISES, LLC, ) | Case No. 15-20029 |
| ) | Chapter 11 |
| Debtor ) | |

**STATEMENT OF JEFFREY P. WHITE WITH RESPECT TO VOTING ON DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED OCTOBER 8, 2015**

Jeffrey P. White, Esq., under penalties of perjury (28 U.S.C. § 1746), states as follows:

1. My name is Jeffrey P. White. This Affidavit is made in support of the confirmation of DJM Enterprises, LLC's (the "Debtor") Amended Plan of Reorganization Dated October 8, 2015 (DE# 46) (the "Plan").

2. I am an attorney with the law firm of Jeffrey P. White and Associates, P.C., and am admitted to practice in this Court. I am counsel to the Debtor

3. Pursuant to the Court's Order Setting Certain Deadlines for Confirmation dated February November 5, 2012, ballots for voting to accept or reject were distributed to all creditors and parties in interest by first class mail, postage prepaid, and were required to be returned and objections filed, no later than April 12, 2016.

4. The results of that voting are as follows:

*Class 1 -  The claim of HSBC Secured by Real Estate located at 220 Elm St., Biddeford, ME*

NO BALLOT FILED.  NO OBJECTION FILED.  CLASS IS IMPAIRED

*Class 2  - The claim of LaSalle Bank/Litton Secured by Real Estate located at 210 Elm St., Biddeford, ME*

NO BALLOT FILED.  NO OBJECTION FILED.  CLASS IS IMPAIRED

*Class 3 - The claim of GMAC Secured by Real Estate located at 72 High St., Sanford, ME*

NO BALLOT FILED.  NO OBJECTION FILED.  CLASS IS IMPAIRED

*Class 4 -   The claim of Monarch Enterprises Secured by Real Estate located at 777 Main St.., Sanford, ME*

ACCEPTS – CLASS IS IMPAIRED -

*Class 5 -   The claim of Deutsch Bank Secured by Real Estate located at 45 West Road., Waterboro, ME*

NO BALLOT FILED.  NO OBJECTION FILED.  CLASS IS IMPAIRED

*Class 6 -   The claim of Deutsch Bank Secured by Real Estate located at 50 High St. Sanford, ME*

NO BALLOT FILED.  NO OBJECTION FILED.  CLASS IS IMPAIRED

*Class 7 -   The claim of Deutsch Bank Secured by Real Estate located at 206-208 Elm St., Biddeford, ME*

NO BALLOT FILED.  NO OBJECTION FILED.  CLASS IS IMPAIRED

*Class 8 -   The claim of Bangor Savings Bank Secured by Real Estate located at 22 Peppecorn Lane Waterboro and 196 Elm St., Biddeford, ME*

NO BALLOT FILED.  OBJECTION FILED.  CLASS IS IMPAIRED

*Class 9 – The claims of the Municipalities for unpaid real estate taxes, sewer and water*

NO BALLOT FILED.  CLASS IS IMPAIRED.  CLAIMANTS ARE TO BE PAID IN FULL AT 4% INTEREST

*Class 10 – The Class of creditors holding unsecured claims, including the undersecured portions of secured claims subject to valuation.*

NO BALLOTS FILED BUT NO CLAIMS HAVE BEEN FILED.  CLASS IS UNIMPAIRED.

*Class 11 The interests of equity security holders*

ACCEPTS

| | |
|---|---|
| Dated: April 25, 2016 | / s / Jeffrey P. White\_\_\_\_\_<br>Jeffrey P. White<br>Jeffrey P. White and Associates, P.C.<br>243 Mt. Auburn St., S. B-1<br>Auburn, Maine 04210<br>(207) 689-2111 |

## CERTIFICATE OF SERVICE

I, Jeffrey P. White, Esq., do hereby certify that I have this day caused notice the within Report of Balloting to be given this 25th day of April 2016..

Notice will be electronically mailed to:

U.S. Trustee's Office

All parties requesting notice through the Court's ECF system.

/s/ Jeffrey P. White
Jeffrey P. White


Jeffrey P. White
Jeffrey P. White and Associates, P.C.
243 Mt. Auburn Ave., S. B-1
Auburn, Maine 04210
(207) 689-2111