# DJM, LLC
## Profit & Loss Budget Overview
**January through December 2017**

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
|     Rental Income | 2,310 | 2,310 | 2,310 | 2,310 | 2,310 | 2,310 | 2,310 | 2,310 |
| **Total Income** | 2,310 | 2,310 | 2,310 | 2,310 | 2,310 | 2,310 | 2,310 | 2,310 |
| **Expense** | | | | | | | | |
|     Debt Service | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 |
|     Insurance Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|     Misc | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
|     Sewer | 0 | 0 | 575 | 0 | 0 | 575 | 0 | 0 |
|     Taxes - Property | 0 | 0 | 0 | 1,000 | 0 | 0 | 0 | 0 |
|     **Utilities** | | | | | | | | |
|         Electric | 313 | 313 | 313 | 313 | 313 | 313 | 313 | 313 |
|         Oil | 250 | 300 | 250 | 0 | 0 | 0 | 0 | 0 |
|         water | 0 | 0 | 174 | 0 | 0 | 171 | 0 | 0 |
|     **Total Utilities** | 563 | 613 | 737 | 313 | 313 | 484 | 313 | 313 |
| **Total Expense** | 1,156 | 1,206 | 1,905 | 1,906 | 906 | 1,652 | 906 | 906 |
| **Net Operating Income** | 1,154 | 1,104 | 405 | 404 | 1,404 | 658 | 1,404 | 1,404 |
|     Repairs and Maintenan | 208 | 199 | 73 | 73 | 253 | 118 | 253 | 253 |
| **Net Income** | **947** | **1,104** | **405** | **404** | **1,404** | **658** | **1,404** | **1,404** |

# DJM, LLC
## Profit & Loss Budget Overview
### January through December 2017

|  | Sep | Oct | Nov | Dec | TOTAL Jan - Dec 17 |
|---|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| Rental Income | 2,310 | 2,310 | 2,310 | 2,310 | 27,720 |
| **Total Income** | 2,310 | 2,310 | 2,310 | 2,310 | 27,720 |
| **Expense** | | | | | |
| Debt Service | 568 | 568 | 568 | 568 | 6,817 |
| Insurance Expense | 0 | 0 | 0 | 300 | 300 |
| Misc | 25 | 25 | 25 | 25 | 300 |
| Sewer | 575 | 0 | 0 | 575 | 2,301 |
| Taxes - Property | 0 | 1,000 | 0 | 0 | 2,001 |
| **Utilities** | | | | | |
| Electric | 313 | 313 | 313 | 313 | 3,750 |
| Oil | 0 | 0 | 0 | 236 | 1,036 |
| water | 171 | 0 | 0 | 175 | 692 |
| **Total Utilities** | 484 | 313 | 313 | 723 | 5,478 |
| **Total Expense** | 1,652 | 1,906 | 906 | 2,192 | 17,197 |
| **Net Operating Income** | 658 | 404 | 1,404 | 118 | 10,523 |
| Repairs and Maintenan | 118 | 73 | 253 | 21 | 1,894 |
| **Net Income** | **658** | **404** | **1,404** | **118** | **10,315** |

# DJM, LLC
## Profit & Loss Budget Overview
**January through December 2018**

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | |
|   **Income** | | | | | | | | |
|     Rental Income | 2,351.58 | 2,351.58 | 2,351.58 | 2,351.58 | 2,351.58 | 2,351.58 | 2,351.58 | 2,351.58 |
|   **Total Income** | 2,351.58 | 2,351.58 | 2,351.58 | 2,351.58 | 2,351.58 | 2,351.58 | 2,351.58 | 2,351.58 |
|   **Expense** | | | | | | | | |
|     Debt Service | 568.12 | 568.12 | 568.12 | 568.12 | 568.12 | 568.12 | 568.12 | 568.12 |
|     Insurance Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Misc | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 |
|     Sewer | 0.00 | 0.00 | 586.77 | 0.00 | 0.00 | 586.77 | 0.00 | 0.00 |
|     Taxes - Property | 0.00 | 0.00 | 0.00 | 1,020.26 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Utilities | | | | | | | | |
|       Electric | 318.75 | 318.75 | 318.75 | 318.75 | 318.75 | 318.75 | 318.75 | 318.75 |
|       Oil | 255.00 | 306.00 | 255.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|       water | 0.00 | 0.00 | 178.50 | 0.00 | 0.00 | 178.50 | 0.00 | 0.00 |
|     **Total Utilities** | 573.75 | 624.75 | 752.25 | 318.75 | 318.75 | 497.25 | 318.75 | 318.75 |
|   **Total Expense** | 1,166.87 | 1,217.87 | 1,932.14 | 1,932.13 | 911.87 | 1,677.14 | 911.87 | 911.87 |
| **Net Operating Income** | 1,184.71 | 1,133.71 | 419.44 | 419.46 | 1,439.71 | 674.44 | 1,439.71 | 1,439.71 |
|   Repairs and Maintenan | 213.25 | 204.07 | 75.50 | 75.50 | 259.15 | 121.40 | 259.15 | 259.15 |
| **Net Income** | **971.46** | **1,133.71** | **419.44** | **419.46** | **1,439.71** | **674.44** | **1,439.71** | **1,439.71** |

# DJM, LLC
## Profit & Loss Budget Overview
### January through December 2018

|  | Sep | Oct | Nov | Dec | TOTAL<br>Jan - Dec 18 | *Annual Increase* |
|---|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | |
|   **Income** | | | | | | |
|     **Rental Income** | 2,351.58 | 2,351.58 | 2,351.58 | 2,351.58 | 28,218.96 | *1.8%* |
|   **Total Income** | 2,351.58 | 2,351.58 | 2,351.58 | 2,351.58 | 28,218.96 | |
|   **Expense** | | | | | | |
|     **Debt Service** | 568.12 | 568.12 | 568.12 | 568.12 | 6,817.44 | *2.0%* |
|     **Insurance Expense** | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 | |
|     **Misc** | 25.00 | 25.00 | 25.00 | 25.00 | 300.00 | |
|     **Sewer** | 586.77 | 0.00 | 0.00 | 586.77 | 2,347.06 | *2.0%* |
|     **Taxes - Property** | 0.00 | 1,020.26 | 0.00 | 0.00 | 2,040.51 | |
|     **Utilities** | | | | | | |
|       **Electric** | 318.75 | 318.75 | 318.75 | 318.75 | 3,825.00 | *2.0%* |
|       **Oil** | 0.00 | 0.00 | 0.00 | 300.00 | 1,116.00 | *2.0%* |
|       water | 178.50 | 0.00 | 0.00 | 175.00 | 710.50 | *2.0%* |
|     **Total Utilities** | 497.25 | 318.75 | 318.75 | 793.75 | 5,651.50 | |
|   **Total Expense** | 1,677.14 | 1,932.13 | 911.87 | 2,273.64 | 17,456.51 | |
| **Net Operating Income** | 674.44 | 419.46 | 1,439.71 | 77.94 | 10,762.45 | |
|     **Repairs and Maintenan** | 121.40 | 75.50 | 259.15 | 14.03 | 1,937.24 | *.18 of ONI* |
| **Net Income** | **674.44** | **419.46** | **1,439.71** | **77.94** | **10,549.20** | |

# DJM, LLC
## Profit & Loss Budget Overview
January through December 2019

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| **Rental Income** | 2,393.00 | 2,393.91 | 2,394.02 | 2,394.02 | 2,394.02 | 2,394.02 | 2,394.02 | 2,394.02 |
| **Total Income** | 2,393.00 | 2,393.91 | 2,394.02 | 2,394.02 | 2,394.02 | 2,394.02 | 2,394.02 | 2,394.02 |
| **Expense** | | | | | | | | |
| **Debt Service** | 568.12 | 568.12 | 568.12 | 568.12 | 568.12 | 568.12 | 568.12 | 568.12 |
| **Insurance Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Misc** | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 |
| **Sewer** | 0.00 | 0.00 | 598.51 | 0.00 | 0.00 | 598.51 | 0.00 | 0.00 |
| **Taxes - Property** | 0.00 | 0.00 | 0.00 | 1,020.26 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Utilities** | | | | | | | | |
| Electric | 325.13 | 325.13 | 325.13 | 325.13 | 325.13 | 325.13 | 325.13 | 325.13 |
| Oil | 300.00 | 325.00 | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| water | 0.00 | 0.00 | 182.07 | 0.00 | 0.00 | 182.07 | 0.00 | 0.00 |
| **Total Utilities** | 625.13 | 650.13 | 807.20 | 325.13 | 325.13 | 507.20 | 325.13 | 325.13 |
| **Total Expense** | 1,218.25 | 1,243.25 | 1,998.82 | 1,938.50 | 918.25 | 1,698.82 | 918.25 | 918.25 |
| **Net Operating Income** | 1,174.76 | 1,150.66 | 395.20 | 455.52 | 1,475.78 | 695.20 | 1,475.78 | 1,475.78 |
| Repairs and Maintenan | 211.46 | 207.12 | 71.14 | 81.99 | 265.64 | 125.14 | 265.64 | 265.64 |
| **Net Income** | **963.30** | **1,150.66** | **395.20** | **455.52** | **1,475.78** | **695.20** | **1,475.78** | **1,475.78** |

# DJM, LLC
## Profit & Loss Budget Overview
### January through December 2019

|  | Sep | Oct | Nov | Dec | TOTAL Jan - Dec 19 | Annual Increase |
|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| **Rental Income** | 2,394.02 | 2,394.02 | 2,394.02 | 2,394.02 | 28,727.11 | *1.8%* |
| **Total Income** | 2,394.02 | 2,394.02 | 2,394.02 | 2,394.02 | 28,727.11 | |
| **Expense** | | | | | | |
| **Debt Service** | 568.12 | 568.12 | 568.12 | 568.12 | 6,817.44 | *2.0%* |
| **Insurance Expense** | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 | |
| **Misc** | 25.00 | 25.00 | 25.00 | 25.00 | 300.00 | |
| **Sewer** | 598.51 | 0.00 | 0.00 | 598.51 | 2,394.02 | *2.0%* |
| **Taxes - Property** | 0.00 | 1,020.26 | 0.00 | 0.00 | 2,040.51 | |
| **Utilities** | | | | | | |
| Electric | 325.13 | 325.13 | 325.13 | 325.13 | 3,901.50 | *2.0%* |
| Oil | 0.00 | 0.00 | 150.00 | 300.00 | 1,375.00 | *2.0%* |
| water | 182.07 | 0.00 | 0.00 | 182.07 | 728.28 | *2.0%* |
| **Total Utilities** | 507.20 | 325.13 | 475.13 | 807.20 | 6,004.78 | |
| **Total Expense** | 1,698.82 | 1,938.50 | 1,068.25 | 2,298.82 | 17,856.75 | |
| **Net Operating Income** | 695.20 | 455.52 | 1,325.78 | 95.20 | 10,870.36 | |
| Repairs and Maintenan | 125.14 | 81.99 | 238.64 | 17.14 | 1,956.66 | *.18 of ONI* |
| **Net Income** | **695.20** | **455.52** | **1,325.78** | **95.20** | **10,658.90** | |

9:41 PM
02/08/17
Cash Basis

# DJM, LLC
## Profit & Loss Budget Overview
January through December 2020

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | |
|   **Income** | | | | | | | | |
|     Rental Income | 2,436 | 2,436 | 2,436 | 2,436 | 2,436 | 2,436 | 2,436 | 2,436 |
|   **Total Income** | 2,436 | 2,436 | 2,436 | 2,436 | 2,436 | 2,436 | 2,436 | 2,436 |
|   **Expense** | | | | | | | | |
|     Debt Service | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 |
|     Insurance Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|     Misc | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
|     Sewer | 0 | 0 | 599 | 0 | 0 | 599 | 0 | 0 |
|     Taxes - Property | 0 | 0 | 0 | 1,020 | 0 | 0 | 0 | 0 |
|     Utilities | | | | | | | | |
|       Electric | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 |
|       Oil | 306 | 332 | 306 | 0 | 0 | 0 | 0 | 0 |
|       water | 0 | 0 | 186 | 0 | 0 | 186 | 0 | 0 |
|     **Total Utilities** | 638 | 663 | 823 | 332 | 332 | 517 | 332 | 332 |
|   **Total Expense** | 1,231 | 1,256 | 2,015 | 1,945 | 925 | 1,709 | 925 | 925 |
| **Net Operating Income** | 1,205 | 1,180 | 421 | 491 | 1,511 | 727 | 1,511 | 1,511 |
|   Repairs and Maintenan | 217 | 212 | 76 | 88 | 272 | 131 | 272 | 272 |
| **Net Income** | 988.47 | 1,179.95 | 421.24 | 491.20 | 1,511.45 | 727.24 | 1,511.45 | 1,511.45 |

# DJM, LLC
## Profit & Loss Budget Overview
### January through December 2020

|  | Sep | Oct | Nov | Dec | TOTAL Jan - Dec 20 | Annual Increase |
|---|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
|   Rental Income | 2,436 | 2,436 | 2,436 | 2,436 | 29,233 | *1.8%* |
| **Total Income** | 2,436 | 2,436 | 2,436 | 2,436 | 29,233 | |
| **Expense** | | | | | | |
|   Debt Service | 568 | 568 | 568 | 568 | 6,817 | *2.0%* |
|   Insurance Expense | 0 | 0 | 0 | 300 | 300 | |
|   Misc | 25 | 25 | 25 | 25 | 300 | |
|   Sewer | 599 | 0 | 0 | 599 | 2,394 | *2.0%* |
|   Taxes - Property | 0 | 1,020 | 0 | 0 | 2,041 | |
|   Utilities | | | | | | |
|     Electric | 332 | 332 | 332 | 332 | 3,978 | *2.0%* |
|     Oil | 0 | 0 | 155 | 306 | 1,405 | *2.0%* |
|     water | 186 | 0 | 0 | 186 | 743 | *2.0%* |
|   Total Utilities | 517 | 332 | 487 | 823 | 6,125 | |
| **Total Expense** | 1,709 | 1,945 | 1,080 | 2,315 | 17,977 | |
| **Net Operating Income** | 727 | 491 | 1,356 | 121 | 11,256 | |
|   Repairs and Maintenan | 131 | 88 | 244 | 22 | 2,026 | *.18 of ONI* |
| **Net Income** | **727.24** | **491.20** | **1,356.45** | **121.24** | **11,038.59** | |

# DJM, LLC
## Profit & Loss Budget Overview
### January through December 2021

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | |
|   **Income** | | | | | | | | |
|     Rental Income | 2,480 | 2,480 | 2,480 | 2,480 | 2,480 | 2,480 | 2,480 | 2,480 |
|   **Total Income** | 2,480 | 2,480 | 2,480 | 2,480 | 2,480 | 2,480 | 2,480 | 2,480 |
|   **Expense** | | | | | | | | |
|     Debt Service | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 |
|     Insurance Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|     Misc | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
|     Sewer | 0 | 0 | 610 | 0 | 0 | 610 | 0 | 0 |
|     Taxes - Property | 0 | 0 | 0 | 1,040 | 0 | 0 | 0 | 0 |
|     Utilities | | | | | | | | |
|       Electric | 338 | 338 | 338 | 338 | 338 | 338 | 338 | 338 |
|       Oil | 312 | 338 | 312 | 0 | 0 | 0 | 0 | 0 |
|       water | 0 | 0 | 186 | 0 | 0 | 186 | 0 | 0 |
|     **Total Utilities** | 650 | 676 | 836 | 338 | 338 | 524 | 338 | 338 |
|   **Total Expense** | 1,243 | 1,269 | 2,040 | 1,972 | 931 | 1,727 | 931 | 931 |
| **Net Operating Income** | 1,236 | 1,210 | 440 | 508 | 1,549 | 752 | 1,549 | 1,549 |
|   Repairs and Maintenan | 223 | 218 | 79 | 91 | 279 | 135 | 279 | 279 |
| **Net Income** | **1,014** | **1,210** | **440** | **508** | **1,549** | **752** | **1,549** | **1,549** |

# DJM, LLC
## Profit & Loss Budget Overview
January through December 2021

|  | Sep | Oct | Nov | Dec | TOTAL Jan - Dec 21 | Increase |
|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| **Rental Income** | 2,480 | 2,480 | 2,480 | 2,480 | 29,758 | *1.8%* |
| **Total Income** | 2,480 | 2,480 | 2,480 | 2,480 | 29,758 | |
| **Expense** | | | | | | |
| **Debt Service** | 568 | 568 | 568 | 568 | 6,817 | *2.0%* |
| **Insurance Expense** | 0 | 0 | 0 | 300 | 300 | |
| **Misc** | 25 | 25 | 25 | 25 | 300 | |
| **Sewer** | 610 | 0 | 0 | 610 | 2,442 | *2.0%* |
| **Taxes - Property** | 0 | 1,040 | 0 | 0 | 2,081 | |
| **Utilities** | | | | | | |
| Electric | 338 | 338 | 338 | 338 | 4,058 | *2.0%* |
| Oil | 0 | 0 | 165 | 312 | 1,439 | *2.0%* |
| water | 186 | 0 | 0 | 186 | 743 | *2.0%* |
| **Total Utilities** | 524 | 338 | 503 | 836 | 6,240 | |
| **Total Expense** | 1,727 | 1,972 | 1,096 | 2,340 | 18,180 | |
| **Net Operating Income** | 752 | 508 | 1,384 | 140 | 11,578 | |
| Repairs and Maintenan | 135 | 91 | 249 | 25 | 2,084 | *.18 of ONI* |
| **Net Income** | **752** | **508** | **1,384** | **140** | **11,356** | |