UNITED STATES BANKRUPTCY COURT
FOR THE DISTRIC OF MAINE

In re:                              )
                                    )
    DJM ENTERPRISES, LLC,   )     Case No.  15-20029
                                    )     Chapter  11
                      Debtor )

**MOTION TO BORROW $80,000.00 ON A SECURED BASIS FROM T & M COMMERCIAL FUNDING, INC., OR IT'S ASSIGNS**

DJM Enterprises, LLC, debtor (the "Debtor"), by and through its undersigned attorneys, files this Motion Seeking Approval of a Loan for $80,000.00 from T & M Commercial Funding, Inc., or its assigns (hereinafter "Lender')

In support hereof, Debtor would show the Court as follows:

1.   This bankruptcy proceeding was filed on January 22, 2015, under Chapter 11.

2.   The Debtor has filed contemporaneously herewith a a Motion for approval of a Compromise of a Controversy with Bangor Savings Bank (hereinafter 'BSB').  The loan sought herein will be used in part to fund that settlement if the settlement is approved.

3.  Debtors plan has not yet been confirmed.  As set out in the Motion to Compromise, the failure to confirm a plan has been in large part due to the opposition of BSB. Debtor believes that a settlement with BSB will remove impediments to confirmation. The settlement with BSB cannot be accomplished without the borrowing sought herein.

4.  T & M Commercial Funding, Inc. or its assigns, is willing to loan upon certain terms and conditions as more fully set forth in the June 20, 2018 Loan Commitment

attached hereto as Exhibit A.  A summary of the terms and conditions of that loan is set forth below.  To the extent there is an ambiguity between the terms set fort in Exhibit A and the terms set forth below, the terms of Exhibit A shall control:

a. Lender:  T&M Commercial Funding, Inc. and/or assigns;

b. Borrower:  DJM Enterprises, LLC;

c. Guarantor:  Deborah J. Miles;

d. Amount of Loan:  Up to $80,000.00;

e. Interest rate:  Twelve percent 12%;

f. Repayment terms:  Interest only payments due monthly for the loan term; all unpaid principal and accrued interest due and payable on maturity date. Payments not made within ten (10) days of the due date shall be assessed a late fee equal to ten percent (10%) of the payment amount.

g. Maturity and term:   Up to thirty-six (36) months from the date of closing
If the Borrower fails to make the interest payments under said Note on or before the thirty six (36) month period**,** in addition to all other payments and charges due, the note rate will increase to a default rate of Eighteen (18%) and the Borrower's monthly payment will increase accordingly.

h. Guaranteed Interest:  Borrower to guarantee six (6) months on interest;

i. Security:  First mortgage position on 196 Elm Street, Biddeford, ME and 22 Peppercorn Lane, Waterboro, ME.

j. Origination Fee:  Ten percent (10%);

k. Additional fees:    Underwriting fee-$495
Processing fee -$695
Loan Servicing fee $695
Closing Doc & Review Fee-$675
Wire Fee - $35
Title Company/ClosingAgentFee:  TBD.

    l.   Broker fee:  None

    m. Down payment:  $500.00

    n. Closing date July 9, 2018.

5. The Debtor has made reasonable efforts to obtain financing upon other terms and conditions but has been unable to obtain any commitment upon terms more favorable than those being offered herein.

6. Debtor also seeks authority to execute any and all documents deemed reasonably necessary by counsel for the Debtor to effectuate a closing upon the terms and conditions of the attached Exhibit A, without further order of Court.

WHEREFORE, Debtor prays that he be allowed to borrow upon the terms and conditions set forth herein and for other and further relief as the Court deems just and reasonable.

Dated: June 30, 2018                        / s / Jeffrey P. White\_\_\_\_\_
                                                Jeffrey P. White
                                                Jeffrey P. White and Associates, P.C.
                                                243 Mt. Auburn St., S. B-1
                                                Auburn, Maine 04210
                                                (207) 689-2111