UNITED STATES BANKRUPTCY COURT
FOR THE DISTRIC OF MAINE

In re:  )
        )
DJM ENTERPRISES, LLC,  )   Case No.  15-20029
        )   Chapter  11
Debtor )

# ORDER APPROVING MOTION TO BORROW $80,000.00 ON A SECURED BASIS FORM T & M COMMERCIAL FUNDING OR ITS ASSIGNS

This matter came before the Court on the Debtor's Motion Seeking Approval of a Loan for $80,000.00 from T & M Commercial Funding, Inc., or its assigns, (DE# 233). At a hearing held on July 9, 2018, the Court was further advised as follows:

I. All existing lienholders against the properties have released or subordinated their liens and have otherwise not objected to the proposed borrowing;
II. The actual lender shall be Mark Hebert and Cynthia Hackett-Hebert as joint tenants, c/o Auburn Loan Servicing, 259 Minot Ave., Auburn, ME 04210. The lender is an unrelated third party to the Debtor.

It is hereby Ordered as follows:

A. The Motion Seeking Approval of a Loan for $80,000.00 from Mark Hebert and Cynthia Hackett-Hebert as joint tenants upon the terms and conditions set out in the Motion and the attached Exhibit A, is hereby granted;

B. The Debtor is hereby authorized to execute any and all documents deemed reasonably necessary by counsel for the Debtor to effectuate a closing upon the terms and conditions of the attached Exhibit A, without further order of Court.

Dated: July 10, 2018

/s/ Peter G. Cary
Peter G. Cary
United States Bankruptcy Judge
District of Maine