## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MAINE

In re:                                    )
                                          )
**DJM ENTERPRISES, LLC,**                 )        **Case No.  15-20029**
                                          )        **Chapter   11**
                          **Debtor**      )

### ORDER APPROVING FINAL  DECREE,
### AND CLOSING CASE

THIS MATTER HAVING COME BEFORE THE COURT on the motion ("Motion") of the Debtors pursuant to 11 U.S_C_ § 350, Fed. R. Bankr. P. 3022, and D.Me. LBR 3022-1, for entry of a final decree approving the Debtor's final accounting submitted therewith and closing this case. After such notice and hearing as the Court determines to constitute good, adequate and sufficient notice to all parties-in-interest under the facts and circumstances of this case, the Court having found good, adequate and sufficient cause to grant the same in that the Debtor's Plan has been substantially consummated and his estate fully administered, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

A.    The Motion shall be and hereby is GRANTED in all respects.

B.    The accounting as reflected in the post-petition monthly reports filed with this court APPROVED and RATIFIED in all respects.

C.    Within 14 days after entry of this Order, the Debtor shall pay all fees due and payable under 28 U.S.C. § 1930, and this Order shall not be effective until all such fees have in fact been paid. Upon receipt of all such payments, the U.S. Trustee shall notify the clerk's office that the case is ready to be closed and the Chapter 11 case of the above named Debtor shall be immediately CLOSED.

2

D.      The entry of this Final Decree does not reduce or alter this Court's jurisdiction under 28 U.S.C. § 1334, the Fourth Amended Plan of Reorganization of DJM Enterprises, LLC Dated November 28, 2017, as Modified on September 21, 2018 (the "Plan") or the Court's Debtor's Modified Fourth Amended Plan of Reorganization dated November 28, 2018, (the "Confirmation Order", DE #279).

E.      The terms of the Plan bind the Debtors and the holders of all claims against the Debtors, whether or not those claim holders filed a proof of claim or voted in favor of the Plan.  The terms of the Plan replace any and all repayment terms which existed between the Debtors and their creditors prior to confirmation, unless the Court orders otherwise, and except as expressly provided in the Plan. The Court retains jurisdiction to resolve any disputes which arise with respect to the terms of the Plan and the compliance of all parties therewith.

F.      Without limiting the generality of the foregoing, this Court hereby retains jurisdiction over all matters set forth in section 9.16 of the Plan.

So Ordered this  28th  day of January 2019.

                                        /s/ Peter G. Cary
                                        Peter G. Cary
                                        United States Bankruptcy Judge
                                        District of Maine