# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

|                                   |     |                         |
|-----------------------------------|-----|-------------------------|
|                                   |  )  |                         |
| IN RE:                            |  )  | **CASE NO.  15-20029**  |
| **DJM ENTERPRISES, LLC**          |  )  | **CHAPTER 11**          |
|              **DEBTOR**           |  )  |                         |
|                                   |  )  |                         |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS  206-208 ELM STREET, BIDDEFORD, ME 04005 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******7856**

NOW COMES Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-1, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Jeffrey J. Hardiman
Brock and Scott, PLLC
Attorneys at Law
1080 Main Street, Suite 200
Pawtucket, RI 02860
newenglandBKR@brockandscott.com

Carrington Mortgage Services, LLC
1600 South Douglass Road, Suite 200-A
Anaheim, California 92806

Please take notice that the undersigned hereby appears as counsel for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust

18-13539 BKOBJ01





2005-1 pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ *Jeffrey Hardiman*

Jeffrey J. Hardiman
Attorney at Law (9876)
Brock & Scott, PLLC
1080 Main Street, Suite 200
Pawtucket, RI 02860
401-217-8774
401-217-8702
newenglandBKR@brockandscott.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on  October 1, 2020 to the following:

DJM ENTERPRISES, LLC
220 ELM ST
#103
BIDDEFORD, ME 04005

James F. Molleur, Debtor's Attorney
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005
jim@molleurlaw.com

OFFICE OF U.S. TRUSTEE, US Trustee
537 CONGRESS ST, Suite 300
PORTLAND, ME 04101
ustpregion01.po.ecf@usdoj.gov

/s/ *Jeffrey Hardiman*
Jeffrey J. Hardiman
Attorney at Law (9876)
Brock & Scott, PLLC
1080 Main Street, Suite 200
Pawtucket, RI 02860
401-217-8774
401-217-8702
newenglandBKR@brockandscott.com